**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIOVANNI R. NUNEZ,

                Plaintiff,                      21 **CIVIL** 2311 (VF)

       -v-                                         **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2023, Nunez's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion for judgment on the pleadings is GRANTED.

**Dated:**  New York, New York
           March 31, 2023

                                                                  **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                            **BY:**      *K. Mango*

                                                                    **Deputy Clerk**