**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GIOVANNI R. NUNEZ,

                          Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECUIRTY,

                        Defendant.

-----------------------------------------------------------------X

21-CV-02311 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

Pursuant to the decision of the Second Circuit (ECF No. 33), this case is **REMANDED** for further administrative proceedings consistent with the Second Circuit's order. The Clerk of Court is respectfully directed to enter final judgment in favor of Plaintiff and close the case.

      **SO ORDERED.**

DATED:     May 1, 2026
             New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge