**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
GIOVANNI R. NUNEZ,

|  |  |  |
|---|---|---|
| | Plaintiff, | 21 **CIVIL** 02311 (VF) |
| -against- | | **JUDGMENT** |

COMMISSIONER OF SOCIAL SECUIRTY,

|  |
|---|
| Defendant. |

--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 1, 2026, this case is REMANDED for further

administrative proceedings consistent with the Second Circuit's order.

**Dated:**  New York, New York

    May 4, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                     **Clerk of Court**

**BY:**

                                _____
                                   **Deputy Clerk**